JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Ana Fuentes ; | KM-TEH Realty 1, LLC ; |
| 1 Citizen of This State; | 2 Citizen of Another State; |
| **County of Residence:** Jackson County | **County of Residence:** Outside This District |
| | |
| Additional Plaintiff(s): | Additional Defendants(s): |
| Pedro Lopez ; | Stoneybrook South Apartments, LLC ; |
| 1 Citizen of This State; | 2 Citizen of Another State; |
| | |
| Kelvin Lopez ; | |
| 1 Citizen of This State; | |
| | |
| Tannett Washington ; | |
| 1 Citizen of This State; | |
| | |
| Tiyonna Watkins ; | |
| 1 Citizen of This State; | |
| | |
| Chris Walter ; | |
| 1 Citizen of This State; | |

**County Where Claim For Relief Arose:** Jackson County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Gregory Leyh (Ana Fuentes) | Mayer Klein ( KM-TEH Realty 1, LLC) |
| | |
| 104 NE 72nd Street, Suite A | 231 South Bemiston Avenue, #11, #1111 |
| Gladstone, Missouri 64118 | Saint Louis, Missouri 63105 |
| **Phone:** 816-283-3380 | **Phone:** 3147258000 |
| **Fax:** | **Fax:** |
| **Email:** gleyh@leyhlaw.com | **Email:** |

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

　　**Plaintiff:** 1 Citizen of This State

　　**Defendant:** 2 Citizen of Another State

Case 4:21-cv-00356-DGK   Document 1-2   Filed 05/24/21   Page 1 of 2

**Origin:** 2. Removed From State Court

    **State Removal County:** Andrew County

    **State Removal Case Number:** 2116-CV07328

**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** Breach of contract

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** $276,000

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Mayer S. Klein

**Date:** 5/24/2021

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.