UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANA FUENTES, TANNETT WASHINGTON, TIYONNA WATKINS, CHRIS WALTER<br><br>　　Plaintiffs,<br><br>v.<br><br>STONEYBROOK SOUTH APARTMENTS, LLC, et al,<br><br>　　Defendants. | Case No.: 4:21-cv-356 |

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE OF STONEYBROOK SOUTH APARTMENTS, LLC

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Western District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Stoneybrook South Apartments, LLC, hereby gives notice to the following corporation interests that are herewith disclosed:

1. The parent companies of the corporation:

   None.

2. Subsidiaries not wholly owned by the corporation:

   None.

3. Any publicly held company that owns an interest the corporation:

   None.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　FRANKEL, RUBIN, KLEIN,
　　　　　　　　　　　　　　　　　　PAYNE & PUDLOWSKI P.C.

　　　　　　　　　　　　　　　By: /S/ MAYER S. KLEIN
　　　　　　　　　　　　　　　　　MAYER S. KLEIN, #MO32605

1

mklein@frankelrubin.com
231 S. Bemiston, Suite 1111
Clayton, Missouri 63105
Telephone: (314) 725-8000
Facsimile: (314) 726-5837
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that I have filed electronically a true copy of the foregoing in the Court's electronic filing system.

_/S/ MAYER S. KLEIN_____
MAYER S. KLEIN