# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANA FUENTES, TANNETT WASHINGTON, TIYONNA WATKINS, CHRIS WALTER | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 4:21-cv-356<br>)<br>) |
| STONEYBROOK SOUTH APARTMENTS, LLC, et al, | )<br>)<br>) |
| Defendants. | ) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

COME NOW, Defendant, Stoneybrook South Apartments, LLC ("Defendant") and for its Motion for Extension of Time to File Responsive Pleading by consent of Plaintiff states and alleges as follows:

1. Defendant Removed the instant case to federal court on May 24, 2021.

2. Defendant's current deadline to file its responsive pleading is June 1, 2021.

3. Defendant requires additional time to respond to Plaintiff's Complaint, specifically twenty (20) additional days.

4. Plaintiff will not be prejudiced by granting these additional days, in fact, Plaintiff consents to this Court granting Defendant this extension of time.

WHEREFORE Defendant Tower Loan of Missouri, LLC respectfully prays that this Honorable Court grant it an additional twenty (20) days, up to and including June 21, 2021, for Defendant to file its responsive pleading to Plaintiff's Complaint, and for any other relief that this Court deems appropriate in the circumstances.

1

Respectfully submitted,

FRANKEL, RUBIN, KLEIN,
 PAYNE & PUDLOWSKI P.C.


By: /S/ MAYER S. KLEIN
 MAYER S. KLEIN, #MO32605
 mklein@frankelrubin.com
 231 S. Bemiston, Suite 1111
 Clayton, Missouri 63105
 Telephone: (314) 725-8000
 Facsimile: (314) 726-5837
 *Attorney for Defendant*


## CERTIFICATE OF SERVICE

This is to certify that I have filed electronically a true copy of the foregoing in the Court's electronic filing system.


 /S/ MAYER S. KLEIN
 MAYER S. KLEIN

2